C. VERDON FIRTH, APPELLANT, v. FLEETWOOD MOTOR CAR COMPANY, RESPONDENT.

Submitted March 25, 1925—Decided May 18, 1925.

On appeal from the Supreme Court, whose *per curiam* is printed in 2 *N. J. Mis. R.* 478.

For the appellant, *Robert Peacock.*

For the respondent, *Francis J. Smith.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, KALISCH, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, CLARK, MCGLENNON, KAYS, JJ. 12.

*For reversal*—None.